# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

EDDIE WILLIAMS, et al.                                                      PLAINTIFFS

v.                        No. 5:05-CV-00243  GH

LINCOLN ELECTRIC COMPANY, et al.                                  DEFENDANTS

## ORDER GRANTING SPECIAL APPEARANCE OF COUNSEL

The August 24th Motion (Docket Entry 14) for Special Appearance of Michael Noonan and Deirdre McGlinchey as co-counsel for Caterpillar, Inc., is hereby GRANTED.

Dated: September 19, 2005.

_____
Honorable George Howard, Jr.
UNITED STATES DISTRICT COURT JUDGE